## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.                                                 CASE NO.     2:26-cr-00352

Jeckson Armando Vasquez-Salmeron

## PLEA

The Defendant, ___Jeckson Armando Vasquez-Salmeron___ , acknowledges receipt of a copy of the

indictment and after arraignment pleads not guilty in open court.

_____
                              (Signed)    Defendant

April 30, 2026

Charleston, South Carolina