IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

**CR No.: 2:26-cr-00352-BHH-2**

JECKSON ARMANDO VASQUEZ-SALMERON

PLEA

The defendant, Jeckson Armando Vasquez-Salmeron, having withdrawn his plea of Not

Guilty entered, April 30, 2026, pleads GUILTY to Count(s) _____1_____

of the Indictment after arraignment in open court.

_____
Defendant

June 10, 2026
Charleston, South Carolina